Defendant: **Verifone, Inc.**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/27/2023 | $400,000.00 | 1/27/2023 | 76988892 | 10/19/2022 | $400,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112626 | $106,182.51 | 2/17/2023 | 76989435 | 10/20/2022 | $106,182.51 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112712 | $105,782.66 | 2/24/2023 | 77052598 | 11/21/2022 | $105,782.66 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112946 | $106,097.79 | 3/3/2023 | 77120174 | 12/20/2022 | $105,494.78 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112946 | $106,097.79 | 3/3/2023 | 11023016 | 12/7/2022 | $410.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112946 | $106,097.79 | 3/3/2023 | 11008349 | 8/9/2022 | $192.17 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113057 | $105,174.90 | 3/10/2023 | 77232085 | 1/30/2023 | $105,174.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113330 | $103,207.67 | 3/16/2023 | 77251146 | 2/16/2023 | $103,207.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113602 | $443,797.11 | 4/6/2023 | 09272022BBBY | 9/29/2022 | $443,797.11 |

Totals: 7 transfer(s), $1,370,242.64